UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ERNESTO ALVARADO,<br><br>              Plaintiff,<br><br>   v.<br><br>RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, et, al.,<br><br>             Defendants. | Case No. EDCV 24-01579-FMO (AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMNEDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

     Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge. The Report recommends dismissal of the First Amended Complaint without further leave to amend and dismissal of this action with prejudice. (Dkt. No. 15.) Plaintiff's objections do not warrant a change in the Report's findings or recommendations.

Plaintiff objects that he has stated a First Amendment retaliation claim based on collusion between the Riverside County Sheriff's Department and Plaintiff's former private employer, by alleging the Sheriff's Department discarded Plaintiff's complaints and spread lies about him. (Dkt. No. 16 at 1-3.) He further objects that "this is clearly a conspiracy in which I am being stalked and intimidated at the expense of the taxpayers." (*Id*. at 3.) As the Report reasonably found, "Plaintiff fails to plausibly show that Defendants directed any conduct at him with a retaliatory motive. Instead, Plaintiff strains to link a variety of parties and incidents by a web of thin correlations and conjectures, to no avail." (Dkt. No. 15 at 16.) The allegations are "purely speculative, if not outright fanciful." (*Id*. at 18.)

Plaintiff objects that he has stated a Fourth Amendment claim by alleging that Defendants hacked his phone within hours of Plaintiff filing a complaint against the San Jacinto Post Office. (Dkt. No. 16 at 3-4.) This hacking operation allegedly is being conduct with "private citizens working as state actors," such as Plaintiff's neighbors. (*Id*.) As the Report reasonably found, Plaintiff's "allegations of electronic monitoring are purely speculative." (Dkt. No. 15 at 20.) "Such speculative allegations, as with Plaintiff's claims of being followed by fire trucks on several occasions, or stalked by neighbors, do not plausibly demonstrate government surveillance or any intrusion to implicate Plaintiff's Fourth Amendment rights." (*Id*. at 21) (citations omitted).

1    Plaintiff objects that he has stated a Fourteenth Amendment
2 due process claim by alleging that "I should not have the government
3 playing mind games and placing me in a controlled environment with
4 the intent to cover any possible crimes that they may have
5 committed." (Dkt. No. 16 at 4.)  As the Report reasonably found,
6 "even to the extent that stalking or surveillance may amount to a
7 violation of a protected liberty or property interest, Plaintiff
8 has not plausibly alleged any such conduct attributable to
9 Defendants."  (Dkt. No. 15 at 24.)

11   Plaintiff objects that he should be given another opportunity
12 to amend.  (Dkt. No. 16 at 4-5.)  As the Report reasonably found,
13 "amendment would be futile because the First Amended Complaint,
14 like the original Complaint, attempts to assert violations of
15 Plaintiff's federal rights in circumstances where it is clear that
16 no such violations occurred."  (Dkt. No. 15 at 28.)

18   In sum, Plaintiff's Objections do not cause the Court to
19 reconsider its decision to accept the Magistrate Judge's
20 conclusions and recommendations.

22   **IT IS ORDERED** that this action is dismissed with prejudice.

24   \\

26   \\

28   \\

3

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on Plaintiff and counsel for Defendants.

DATED: January 14, 2025

```
            _____/s/_____
              FERNANDO M. OLGUIN
            UNITED STATES DISTRICT JUDGE
```