JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| ERNESTO ALVARADO,<br><br>                Plaintiff,<br><br>    v.<br><br>RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, et, al.,<br><br>                Defendants. | Case No. EDCV 24-01579-FMO (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

DATED: January 14, 2025

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE